COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | | |
|---|---|---|
| EX PARTE | § | No. 08-18-00146-CR |
| | § | |
| TYRONE CAMERON. | § | Appeal from the |
| | § | |
| | | County Criminal Court No. 1 |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 20170C10013) |
| | § | |

## MEMORANDUM OPINION

Tyrone Cameron is appealing an order denying pre-trial habeas corpus relief. In his habeas application, Appellant challenged the constitutionality of the information charging him with harassment. The State subsequently dismissed the criminal prosecution against Appellant thereby rendering this appeal moot. It is well established that an appellate court does not have jurisdiction to decide moot controversies and render advisory opinions. *See* TEX.CONST. art. II, § 1; *National Collegiate Athletic Association v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). If events occurring during the pendency of the appeal cause the matter before the court to become moot, the appellate court is prohibited from deciding it. *See Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012). When the premise of a habeas corpus application is destroyed by subsequent developments, the legal issues raised thereunder are moot. *See Ex parte Guerrero*, 99 S.W.3d 852, 853

(Tex.App.—Houston [14th Dist.] 2003, no pet.)(mem. op.).  Accordingly, we grant Appellant's motion and dismiss the appeal as moot.


January 11, 2019                                    YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)